UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:    EDWARD LEE CAIN, JR. | : | Chapter 11 |
| Debtor, | : | |
| | : | CASE # 13-50208-JRS |
| RUDY C. DURAND and JEFFREY DURAN | : | ADVERSARY PROCEEDING CASE # 13-05136 |
| Plaintiffs, | : | |
| EDWARD LEE CAIN, JR., | : | |
| Defendant. | : | |

**ANSWER**

COMES NOW DEBTOR EDWARD LEE CAIN, JR. ("Cain" or "Debtor"), through his undersigned attorney, and files this Answer responding to the Complaint to Determine Dischargeability of Debt, showing the Court as follows:

JURISDICTION AND PARTIES

1. Admit.
2. Admit.
3. Admit.
4. Admit.
5. Admit.
6. Admit.
7. Admit.

GENERAL FACTUAL ALLEGATIONS

8. Lack sufficient knowledge to admit or deny.
9. Lack sufficient knowledge to admit or deny.

| | | | |
|---|---|---|---|
| 10. | Deny conclusory allegations; admit that Cain knew Plaintiff for many years. | 29. | Admit. |
| 11. | Deny. | 30. | Deny. |
| | | 31. | Deny. |
| 12. | Admit | 32. | Deny. |
| 13. | Admit. | 33. | Deny. |
| 14. | Deny. | 34. | Deny. |
| 15. | Deny. | 35. | Deny. |
| 16. | Deny. | 36. | Lack sufficient knowledge to admit or deny; Deny that Cain did any act in secret; Admit that that Cain field for Bankruptcy and that First Coastal had sued and settled with Cain; Deny all allegations related to the Deed. |
| 17. | Deny. | | |
| 18. | Deny.  Admit that Cain sent the email as alleged. | | |
| 19. | Deny. | | |
| 20. | Deny.  Admit that Durand executed the Quitclaim Deed. | | |
| | | 37. | Admit. |
| 21. | Deny. | 38. | Admit |
| 22. | Admit. | 39. | Admit |
| 23. | Deny.  Admit that Durand executed the lease at the alleged time. | 40. | Admit. |
| | | 41. | Deny. |
| 24. | Deny. | 42. | Deny making any of the fraudulent misrepresentations alleged in the Complaint. |
| 25. | Admit that Durand made some payments as rent to Cain; deny the remainder of the paragraph. | | |
| | | 43. | Admit; Deny that Cain obligated him to pay any specific sum to Durand. |
| 26. | Deny. | | |
| 27. | Deny. | 44. | Admit. |
| | | 45. | Admit. |
| 28. | Deny that any pledging of Cain's interest was done in secret. | 46. | Lack sufficient knowledge to admit or deny. |

| | | | |
|---|---|---|---|
| 47. | Deny. | 50. | Deny. |
| 48. | Deny. | 51. | Deny. |
| 49. | Deny; admit as to costs expended. | 52. | Deny. |

<u>COUNT I</u>

| | | | |
|---|---|---|---|
| 53. | Does not require answer. | 58. | Deny. |
| 54. | Deny. | 59. | Deny. |
| 55. | Deny. | 60. | Deny |
| 56. | Deny. | 61. | Deny. |
| 57. | Deny. | 62. | Does not require response. |

<u>COUNT II</u>

| | | | |
|---|---|---|---|
| 63. | Does not require response. | | |
| 64. | Deny. | 69. | Deny. |
| 65. | Deny. | 70. | Deny. |
| 66. | Deny. | 71. | Deny. |
| 67. | Deny. | 72. | Does not require response. |
| 68. | Deny. | | |

WHEREFORE, Debtor respectfully requests that this Court reject the claims alleged by Plaintiff and hold that all debts of any kind that might be due from Debtor to Plaintiff are fully dischargeable and do not fall under the exception to discharge under 11 USC § 523(a)(2) or 523(a)(6).

(Signature on Following Page)

Respectfully submitted this 14th day of June, 2013

    /s/
Howard Slomka, Esquire
Attorney for Debtor/Defendant *
GA Bar # 652875
Slomka Law Firm, PC
1069 Spring Street NW #200
Atlanta, Georgia 30309
Telephone (678) 732-0001
Howie@SlomkaLawFirm.com

*Attorney is awaiting ruling on a Second Application to Employ Counsel in Debtor's underlying Chapter 11 case.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Answer in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

James H. Moratwetz
Office of US Trustee
362 Richard Russell, Bldg
75 Spring Street, SW
Atlanta, GA 30303

James D. Roberts, Esquire
Law Offices of James D. Roberts
20301 Ventura Boulevard, Suite 126
Woodland Hills, California 91364

Bruce Z. Walker, Esquire
3350 Riverwood Parkway, Suite 1600
Atlanta, Georgia 30339

This 14th day of June, 2013

    /s/
Howard Slomka, Esquire
Attorney for Debtor/Defendant
GA Bar # 652875
Slomka Law Firm, PC
1069 Spring Street NW #200
Atlanta, Georgia 30309
Telephone (678) 732-0001